# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEWIS PERRY,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN GARCIA, et al.,<br><br>    Defendants.<br>_____/ | Case No. 1:12-cv-00312-AWI-SKO PC<br><br>ORDER STAYING SCHEDULING ORDER AND REQUIRING DEFENDANT TO FILE STATUS REPORT ON OR BEFORE JUNE 11, 2014<br><br>(Docs. 30-32) |

      Plaintiff Lewis Perry, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on February 21, 2012. This action for damages is proceeding on Plaintiff's second amended complaint against Defendant Nguyen for violation of the Eighth Amendment. Defendant filed an answer on January 21, 2014, and the Court issued a scheduling order on February 3, 2014.

      On February 18, 2014, an individual purporting to be Plaintiff's "next friend" filed a motion to stay discovery for no fewer than ninety days given Plaintiff's hospitalization and inability to litigate this case. On February 19, 2014, Defendant filed a statement of non-opposition and requested that the Court extend all scheduling order deadlines, should it grant Plaintiff's request.

///

///

Upon review of the record, the Court HEREBY ORDERS as follows:

1. The scheduling order, filed on February 3, 2014, is STAYED;

2. Defendant's counsel shall file a status report on or before June 11, 2014, regarding Plaintiff's medical status and his access to his legal material; and

3. If necessary in light of Defendant's status report, the Court will extend the stay as appropriate.

IT IS SO ORDERED.

Dated:   **March 12, 2014**                   /s/ Sheila K. Oberto
                                                                 UNITED STATES MAGISTRATE JUDGE