# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEWIS PERRY,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN GARCIA, et al.,<br><br>    Defendants.<br>_____/ | Case No. 1:12-cv-00312-AWI-SKO (PC)<br><br>ORDER REQUIRING PLAINTIFF TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION WITHIN TWENTY-ONE DAYS<br><br>(Doc. 41) |

Plaintiff Lewis Perry, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on February 21, 2012. This action for damages is proceeding on Plaintiff's second amended complaint against Defendant Nguyen for violation of the Eighth Amendment. On May 11, 2015, Defendant Nguyen filed a motion for summary judgment. Fed. R. Civ. P. 56. To date, Plaintiff has not filed a response.

Pursuant to Local Rule 230(*l*), Plaintiff is HEREBY ORDERED to file an opposition or a statement of non-opposition to Defendant Nguyen's motion within **twenty-one (21) days**. **Plaintiff is warned that the failure to comply with this order will result in dismissal of this action, with prejudice, for failure to prosecute**.

IT IS SO ORDERED.

Dated: **June 22, 2015**     /s/ Sheila K. Oberto
                                           UNITED STATES MAGISTRATE JUDGE